1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant United States Attorney
3  PETER M. WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2724
   Facsimile: (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

9

10                 IN THE UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,            CASE NO. 10-CR-00257 JAM

14              Plaintiff,                **ORDER DISMISSING INDICTMENT
                                          AS TO SOUTH BAY WHOLESALE, INC.**
15       v.

16  GALIOM MANSOUR, ET AL.,

17              Defendants.

18

19       Based on the government's motion to dismiss the indictment against South Bay Wholesale, Inc.,

20       IT IS HEREBY ORDERED that the above-captioned indictment be and hereby is dismissed as to

21  South Bay Wholesale, Inc. only.

22  DATED: 10/9/2013

23                                        /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
24                                        United States District Court Judge

25

26

27

28

                                    1